1 So.2d 41

**R. D. COX v. STATE.**

6 Div. 678.

Court of Appeals of Alabama.
Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

5 So.2d 845

**Russell COWEN, alias Cowan v. STATE.**

8 Div. 229.

Court of Appeals of Alabama.
Jan. 30, 1942.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

8 So.2d 899

**Evans CROMPTON, alias Crumpton, v. STATE.**

6 Div. 759.

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 41

**John CROOK v. STATE.**

7 Div. 613.

Court of Appeals of Alabama.
March 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

1 So.2d 42

**James CROW v. STATE.**

7 Div. 619.

Court of Appeals of Alabama.
March 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

10 So.2d 56

**Fred CRUMBLY v. STATE.**

7 Div. 696.

Court of Appeals of Alabama.
June 30, 1942.

E. W. Harmon, of Anniston, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.